UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 22-22901-CIV-MARTINEZ-BECERRA

4539 PINETREE LLC,

    Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON, Subscribing to policy
B1180D160620/100NC,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant Certain Underwriters at Lloyd's London Subscribing to Policy B1180D160620/100NC's ("Underwriters") Motion for Attorneys' Fees and Expenses, (ECF No. 10). Judge Becerra filed an R&R recommending that the Motion be denied without prejudice. (*See* ECF No. 19). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 19), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Defendant Underwriters' Motion for Attorneys' Fees and Expenses, (ECF No. 10), is **DENIED WITHOUT PREUDICE**.

**DONE AND ORDERED** in Miami, Florida, this 2 day of August, 2023.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record