UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 22-22901-CIV-MARTINEZ-SANCHEZ

4539 PINETREE LLC,

    Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON, Subscribing to policy
B1180D160620/100NC,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's Motion for Attorneys' Fees and Expenses (the "Motion"), (ECF No. 75). Judge Sanchez filed an R&R recommending that the Motion be denied without prejudice. (*See* ECF No. 87). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 87), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Defendant's Motion, (ECF No. 75), is **DENIED WITHOUT PREUDICE**. Within 45 days after the Eleventh Circuit issues its mandate, Defendant **SHALL** file a new motion for attorneys' fees and expenses that complies with all of the requirements of Local Rule 7.3 and that attaches as an exhibit detailed billing records from which privileged information may be redacted by Defendant if necessary.

**DONE AND ORDERED** in Miami, Florida, this 24 day of July, 2025.

                                                                                                 _____
Copies provided to:                                          JOSE E. MARTINEZ
Magistrate Judge Sanchez                        UNITED STATES DISTRICT JUDGE
All Counsel of Record